UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAURUS D'ANTIGNAC,<br><br>　　　　　Petitioner,<br>　　v.<br><br>M. McDONALD, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-57-JVS (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice. |

DATED: 4.11.12

HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge